AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nava Counseling Services, LLC
was received by me on *(date)* June 23, 2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lee King _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Nava Counseling
Services, L.L.C. _____ on *(date)* June 23, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 5.00 for services, for a total of $ 5.00

I declare under penalty of perjury that this information is true.

Date: June 23, 2010

                                *Elizabeth A. Smith*
                                        *Server's signature*

                                Elizabeth A. Smith
                                        *Printed name and title*

                         2015 Chilton Drive, Las Cruces, NM
                                     *Server's address*
                                                    88001

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lee King, Executive Director
was received by me on *(date)* June 23, 2010.

☒ I personally served the summons on the individual at *(place)* NAVA Counseling Services, 715 E. Idaho, Las Cruces, NM 88001 on *(date)* June 23, 2010; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 35.00 for services, for a total of $ 35.00.

I declare under penalty of perjury that this information is true.

Date: June 23, 2010

Elizabeth A. Smith
*Server's signature*

Elizabeth A. Smith
*Printed name and title*

2015 Chilton Drive, Las Cruces, NM 88001
*Server's address*

Additional information regarding attempted service, etc: