James V. Weixel, Jr.  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
COMMUNITY ORIENTED
CORRECTIONAL HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY ORIENTED CORRECTIONAL HEALTH SERVICES, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAVA COUNSELING SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 3:10-CV-02667-BZ<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>[Proposed] **ORDER** |

Pursuant to Local Rule 11-5(b), PLEASE TAKE NOTICE that James V. Weixel, Jr., Esq., Weixel Law Office, 150 Post Street, Suite 520, San Francisco, California 94108, telephone (415) 682-9785, fax (866) 640-3918, email *appeals@jimweixel.com,* is substituted herein as counsel of record for plaintiff Community Oriented Correctional Health Services, Inc., in the place and stead of Elizabeth Ann Schneider, Esq., withdrawing counsel for plaintiff.

Plaintiff and new counsel respectfully request that the Court approve this substitution and that the Clerk enter the fact thereof upon the record of this action at once.

Counsel wishes to inform the Clerk as well that he is registered with the Court's CM-ECF system under the email address listed above.

---

Plaintiff consents to this substitution:

Dated: November 10, 2010.

COMMUNITY ORIENTED CORRECTIONAL
HEALTH SERVICES, INC.

By: *E A Schneider*
Elizabeth Ann Schneider,
General Counsel

I consent to this substitution.

Dated: November 10, 2010.

By: *E A Schneider*
Elizabeth Ann Schneider

Withdrawing Attorney for Plaintiff
COMMUNITY ORIENTED CORRECTIONAL
HEALTH SERVICES, INC.

I accept this substitution.

Dated: November 10, 2010.

WEIXEL LAW OFFICE

By: *James V. Weixel, Jr.*
James V. Weixel, Jr.

New Attorney for Plaintiff
COMMUNITY ORIENTED CORRECTIONAL
HEALTH SERVICES, INC.

IT IS SO ORDERED.

Dated: 11/10/2010, 2010.

By: *Bernard Zimmerman*
Hon. Bernard Zimmerman
United States Magistrate Judge

## PROOF OF SERVICE

I, James V. Weixel, Jr., declare as follows:

I am employed in the City and County of San Francisco, am over the age of eighteen years at the time of service, and am not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California 94108. On November 10, 2010, I served a copy of the following document(s):

**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF; PROPOSED ORDER**

on the following person(s):

| | |
|---|---|
| Nava Counseling Services, LLC<br>Attn: Officer or Executive Director<br>715 E. Idaho Avenue, Suite 4B<br>Las Cruces, NM 88001 | Defendant (no appearance) |
| Lee King<br>715 E. Idaho Avenue, Suite 4B<br>Las Cruces, NM 88001 | Defendant (no appearance) |

Such service was completed by:

\_\_\_\_\_ depositing the same in a receptacle maintained for that purpose by the U.S. Postal Service in San Francisco, California on the date set forth above.

**XX** placing the envelope for collection and mailing on the date set forth above, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

\_\_\_\_\_ faxing a copy of the foregoing document(s) to the person(s) at the number(s) listed for each above on the date indicated herein, successful delivery of the same having been confirmed by the device or system by which said copy was transmitted.

\_\_\_\_\_ personally delivering a copy of the foregoing document(s) to the person(s) listed above on the date indicated herein.

I declare under penalty of perjury under the laws of the United States of American and of the State of California that the foregoing is true and correct. Executed on November 10, 2010 at San Francisco, California.

By: /s/ James V. Weixel, Jr.
James V. Weixel, Jr.