UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| COMMUNITY ORIENTED CORRECTIONAL HEALTH SERVICES, INC.,<br>      Plaintiff,<br><br>   v.<br><br>NAVA COUNSELING SERVICES, LLC,<br>      Defendant.<br>_____/ | No. C 10-2667 BZ<br><br>**ORDER RE: ATTENDANCE**<br><br>Date:      March 11, 2011<br>Mediator:  Robert Goodman |

   IT IS HEREBY ORDERED that the request for defendant Nava Counseling Services, LLC's representative, Lee King, and insurer representative, Vivian Najib, to attend telephonically the mediation before Robert Goodman on March 11, 2011 is GRANTED. Both Mr. King and Ms. Najib shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

February 7, 2011                By:          *Elizabeth D. Laporte*
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge