DANIEL J. MEAGHER, SB# 66821
  E-Mail: meagher@lbbslaw.com
CAROL SLEETH, SB# 111460
  E-Mail: sleeth@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant LEE KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY ORIENTED CORRECTIONAL HEALTH SERVICES, INC., a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAVA COUNSELING SERVICES, LLC, a corporation; LEE KING, an individual,<br><br>Defendants. | CASE NO. 3:10-CV-02667-BZ<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2; [PROPOSED] ORDER**<br><br>The Hon. Bernard Zimmerman<br><br>ACTION FILED:  6/18/2010<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil L.R. 6-2, the parties, through their undersigned counsel, submit the following stipulation and request an order changing time:

WHEREAS, the Court filed a Civil Minute Order on December 13, 2010, which scheduled the following dates:

    (1)    Mediation be completed by 3/31/2011;

    (2)    Joint status report to be filed by 3/28/2011;

    (3)    Further status conference to take place on April 4, 2011 at 4:00 p.m.

WHEREAS, the parties had scheduled a mediation to take place on March 11, 2011. The parties both anticipate a productive mediation. However, as defense counsel has informed both plaintiff's counsel and the Mediator, the defense requires additional time in order for to prepare for

1 and participate in a more meaningful mediation session.

2     WHEREAS, the parties agree that a short extension of the Mediation Completion date
3 might allow for a more meaningful session, and would not prejudice either plaintiff or defendant;

4     WHEREAS, the parties agree to this extension of the Mediation Completion date;

5     WHEREAS, the parties further agree to a short continuance of the status conference, and
6 the corresponding status conference report, so that the mediation can take place prior to it;

7     THEREFORE, IT IS HEREBY STIPULATED THAT subject to the Court's approval of
8 this Stipulation, the schedule set forth in the December 13, 2010 Order shall be modified as
9 follows:

10     (1) Mediation be completed by 4/30/2011;

11     (2) Further status conference to take place on May 2, 2011 at 4:00 p.m., or on
12 another date set by the Court (except May 9 and 10, 2011 due to the
13 unavailability of plaintiff's counsel);

14     (3) Joint status conference report to be filed 7 days prior to the further status
15 conference.

16 DATED: March 2, 2011     WEIXEL LAW OFFICE

18 By: _____
James V. Weixel, Jr.
19 Attorney for Plaintiff
COMMUNITY ORIENTED CORRECTIONAL
20 HEALTH SERVICES, INC.

22 DATED: March 2, 2011     LEWIS BRISBOIS BISGAARD & SMITH LLP

24 By: _____
Daniel J. Meagher
25 Carol Sleeth
Attorneys for Defendant LEE KING

27 ///
28 ///

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 | DATED: 8 March '11       By: _____
The Honorable Bernard Zimmerman
United States Magistrate Judge