James V. Weixel, Jr.  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
COMMUNITY ORIENTED
CORRECTIONAL HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY ORIENTED CORRECTIONAL HEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NAVA COUNSELING SERVICES, LLC, et al., <br><br> Defendants. | Case No. 3:10-CV-02667-BZ <br><br> **NOTICE OF SETTLEMENT AND REQUEST FOR REMOVAL OF STATUS CONFERENCE FROM CALENDAR** <br><br> Date:  May 2, 2011 <br> Time:  4:00 p.m. <br> Ctrm:  G, 15th Floor <br>       450 Golden Gate Avenue <br>       San Francisco, CA 94102 <br><br> Hon. Bernard Zimmerman, <br> United States Magistrate Judge |

On behalf of the parties, and at the direction of the Court's chambers staff, plaintiff Community Oriented Correctional Health Services, Inc. ("COCHS") respectfully notifies the Court that the within matter was settled at the mediation held on Friday, April 29, 2011. Respective counsel for the parties will prepare a settlement agreement and will file a notice of dismissal and/or other necessary filings as soon as possible.

///

///

1    In light of the fact that the entire action has been resolved and will be dismissed, the Court is

2    respectfully requested to remove today's 4:00 status conference from the calendar.

3

4    Dated: May 2, 2011.                    **WEIXEL LAW OFFICE**

5

6

7    By:_____
     James V. Weixel, Jr.

8    Attorney for Plaintiff
     COMMUNITY ORIENTED CORRECTIONAL
9    HEALTH SERVICES, INC.

10

11

12

13   The Court expects the parties to file a dismissal in 30 days.

14   Dated: May 2, 2011

15

16

17   GRANTED

18   *Bernard Zimmerman*

19   Judge Bernard Zimmerman

20

21

22

23

24

25

26

27

28