| | |
|---|---|
| 1 | James V. Weixel, Jr.  (Bar No. 166024) |
| | **WEIXEL LAW OFFICE** |
| 2 | 150 Post Street, Suite 520 |
| | San Francisco, California 94108 |
| 3 | Telephone:  (415) 682-9785 |
| | Facsimile:  (866) 640-3918 |
| 4 | Email:  *appeals@jimweixel.com* |
| 5 | Attorney for Plaintiff |
| | COMMUNITY ORIENTED |
| 6 | CORRECTIONAL HEALTH SERVICES, INC. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COMMUNITY ORIENTED CORRECTIONAL HEALTH SERVICES, INC., | ) | Case No. 3:10-CV-02667-BZ |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) ) | - and - |
| | ) | [Proposed] **ORDER** |
| NAVA COUNSELING SERVICES, LLC, et al., | ) ) | |
| Defendants. | ) ) | **(With Retention of Jurisdiction to Enforce Settlement Agreement)** |
| | ) ) | Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994) |

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Community Oriented Correctional Health Services, Inc. ("COCHS") and defendants Nava Counseling Services, LLC and Lee King (jointly, "defendants") stipulate and agree that this action, having been fully settled and resolved by the parties, may be dismissed with prejudice, with each party to bear own costs and fees.

    The parties specifically agree, provide, and request that the Court shall retain jurisdiction over the subject action, the Release, and the parties following dismissal of this action for the purpose of enforcing the parties' agreement as set forth in the Release, Compromise, and Settlement of All Claims executed

1  and entered into by the parties ("the Release"), and for the purpose of enforcing said Release and
2  entering judgment as is provided therein. The parties further agree, pursuant to section 1123 of the
3  California Evidence Code and/or comparable rules, statutes, or principles of law applicable in the courts
4  of the United States, that the Release is and shall be binding and enforceable and may be disclosed,
5  produced, filed, and/or admitted into evidence in the event of enforcement thereof by COCHS. The
6  terms of said Release are incorporated into this stipulation and the Court's order thereon by reference.

7  Dated: May 26, 2011.          WEIXEL LAW OFFICE

10                               By: _____
                                     James V. Weixel, Jr.

11                               Attorney for Plaintiff
12                               COMMUNITY ORIENTED CORRECTIONAL
                                 HEALTH SERVICES, INC.

14  Dated: May 26, 2011.         LEWIS BRISBOIS BISGAARD & SMITH LLP

17                               By: _____
                                     Daniel J. Meagher
                                     Carol Sleeth

19                               Attorneys for Defendants
                                 NAVA COUNSELING SERVICES, LLC and LEE KING

21                               **ORDER**

23      Pursuant to the stipulation of the parties, IT IS ORDERED:
24      1.   This action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of
25  Civil Procedure. The parties shall bear their own costs and fees.
26      2.   The terms of the Release, Compromise, and Settlement of All Claims ("the Release")
27  executed and entered into by the parties are incorporated into this Order by reference. The parties are
28  ordered to comply with, and fulfill, the terms of the Release.

3.  Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court retains jurisdiction over the subject action, the Release, and the parties following this dismissal for the purpose of enforcing the Release and the parties' agreement as set forth therein, and for the purpose of entering judgment upon motion as is provided therein.

Dated: May 31, 2011.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL – Page 3
*COCHS v. Nava Counseling Services, et al.* – No. 3:10-CV-02667-BZ